UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL RYAN,<br><br>Plaintiff,<br>v.<br><br>GREATER LAWRENCE TECHNICAL SCHOOL, JUDY A. DELUCIA AS SHE IS SUPERINTENDENT OF GREATER LAWRENCE TECHNICAL SCHOOL, ELIZABETH FREEDMAN AS SHE IS PRINICPAL OF GREATER LAWRENCE TECHNICAL SCHOOL, and LINDA K. ZAKAS AS SHE IS DIRECTOR OF CURRICULUM AT GREATER LAWRENCE TECHNICAL SCHOOL,<br><br>Defendants. | Civil Action No. _____ |

## **NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendants, Greater Lawrence Technical School (the "School"), et al., (collectively "Defendants") respectfully submit that:

1.       On or about December 22, 2010, the Defendants agreed to accept service of the Complaint in a matter entitled <u>Daniel Ryan v. Greater Lawrence Technical School, et als</u>, Essex Superior Court C. A. No. ESCV2010-02532, which was filed in the Massachusetts Superior Court, Essex County.  A copy of the Complaint is attached hereto as <u>Exhibit A</u>.

2.       This Notice is being filed within 30 days of service of the Complaint.  The time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not expired.

3. In the Complaint, the Plaintiff asserts, *inter alia*, gender discrimination in violation of Title VII of the Civil Rights Law of 1964 arising out of his separation from employment from the School, in or about June 2009.

4. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1441(b), on the grounds that Plaintiff has asserted a federal cause of action under 42, U.S.C. 2000e.

5. Defendants all consent to removal and will notify the Essex County Superior Court and the Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing a Notice of Removal. A copy of that notification, which will be sent to the Essex County Superior Court, is attached hereto as Exhibit B.

        Respectfully submitted,

        Defendants,
        By their attorneys,

        /s/ Christopher J. Campbell
        Christopher J. Campbell (BBO # 630665)
        Jackson Lewis LLP
        75 Park Plaza, 4th Floor
        Boston, MA  02116
        (617) 367-0025

DATE:  January 6, 2011

## **CERTIFICATE OF SERVICE**

This hereby certifies that on January 6, 2011, a copy of the foregoing document was served upon attorney for Plaintiff, Theodore Xenakis, Esquire, 25 Kenoza Avenue, Haverhill, MA  01830 via first-class mail, postage prepaid.

/s/ Christopher J. Campbell
Jackson Lewis LLP