# United States District Court
# District of Massachusetts

DANIEL RYAN,
    Plaintiff,

V.                                               CIVIL ACTION NO. 11-10023-NMG

GREATER LAWRENCE TECHNICAL SCHOOL,
JUDY A. DELUCIA as she is
    Superintendent of Greater Lawrence
    Technical School,
ELIZABETH FREEDMAN as she is
    Principal of Greater Lawrence
    Technical School, and
LINDA K. ZAKAS as she is
    Director of Curriculum at
    Greater Lawrence Technical School,
    Defendants.

## REPORT AND
## RECOMMENDATION ON DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT (#18)

COLLINGS, U.S.M.J.

### I. Introduction

Originally filed in the state superior court, the present action was removed

to the federal court in early January, 2011. (#1)  In his two-count complaint,

*After consideration of plaintiff's objections and amended objections (Docket Nos. 40 and 44) thereto, Report and Recommendation accepted and adopted.  N/M Gorton, USDJ 9/14/12*